UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  upon the relation and<br>  for the use of the<br>TENNESSEE VALLEY AUTHORITY<br>Plaintiff<br><br>v.<br><br>A TEMPORARY RIGHT TO ENTER<br>UPON LAND IN WILLIAMSON<br>COUNTY, TENNESSEE<br><br>GEORGE M. ROBERTS, JR.<br>BILLIE JEAN ROBERTS, his wife<br>Defendants | Civil Action No. 3:05-cv-0825<br>Judge Wiseman |

**JUDGMENT AND ORDER DISBURSING FUNDS**

This action came on to be considered, and it appears to the Court that the parties have agreed that this action should be concluded and that the $1 deposited herein be disbursed as hereinafter provided;

It is, therefore, Ordered and Adjudged that:

1. The temporary right to enter herein condemned shall expire upon the entry of this Judgment and Order Disbursing Funds (Judgment).

2. The Clerk of this Court is authorized and directed to draw a check on the funds on deposit in the registry of this Court in the amount of $1 payable to George M. Roberts Jr., and Billie Jean Roberts and to mail said check to them

at 4860 Murfreesboro Road, Arrington, Tennessee 37014.

3. The Clerk of this Court shall furnish to the Plaintiff a certified copy of this Judgment.

This **6th** day of **August**, 200**8**.

_____
United States District Judge

We hereby approve and consent
to the entry of this Judgment:

*Edwin W. Small*
Edwin W. Small
Assistant General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Tennessee BPR No. 012347
Telephone  865-632-3021
Facsimile  865-632-6718

Attorney for Plaintiff

_____
George M. Roberts Jr.

_____
Billie Jean Roberts

Defendants

003781301